**E. J. BROOKS COMPANY, Plaintiff-Appellant,**

v.

**AMERICAN CASTING & MFG. CORP., Defendant-Appellee.**

**No. 712, Docket 35597.**

United States Court of Appeals, Second Circuit.

Argued April 13, 1971.

Decided April 13, 1971.

Edward Halle, New York City, for defendant-appellee.

Robert Henderson, Francis J. Pisarra, New York City, for plaintiff-appellant.

Before WATERMAN, SMITH and KAUFMAN, Circuit Judges.

PER CURIAM:

The judgment below is affirmed in open court on the findings of fact and conclusions of law of Judge Dooling below.

**VULCAN MATERIALS COMPANY, Appellee,**

v.

**OMAN CONSTRUCTION COMPANY, Inc., and Reliance Insurance Company, Appellants.**

**No. 15274.**

United States Court of Appeals, Fourth Circuit.

Argued Oct. 4, 1971.

Decided Oct. 8, 1971.

George S. Oldhizer, II (Phillip C. Stone, Wharton, Aldhizer & Weaver, Harrisonburg, Va., on the brief), for appellants.

B. Purnell Eggleston, Roanoke, Va. (David C. Hjortsberg, Eggleston, Butler & Glenn, Roanoke, Va., on the brief), for appellee.

Before BOREMAN, Senior Circuit Judge, and BUTZNER and RUSSELL, Circuit Judges.

PER CURIAM:

Upon consideration of the record, the briefs and oral argument of counsel, we affirm on the opinion of the district court. 315 F.Supp. 1049 (W.D.Va.1970).

Affirmed.